No. 338. SAPPINGTON ET AL., CO-EXECUTRICES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Edward L. Blanton, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Benjamin M. Parker,* and *John S. Stephan* for the United States.

No. 392. TANT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Cullen M. Ward* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 396. MEISINGER ET UX. *v.* SCULLY ET UX. C. A. 10th Cir. Certiorari denied. *Ralph J. Luttrell* for petitioners. *Solicitor General Griswold, Assistant Attorney General Kashiwa, Roger P. Marquis,* and *A. Donald Mileur* for the United States in opposition.

No. 398. COMPONENTS, INC. *v.* WESTERN ELECTRIC Co., INC. C. A. 3d Cir. Certiorari denied. *Gene W. Stockman* and *Frank A. Steinhilper* for petitioner. *Donald B. Kipp* and *James C. Pitney* for respondent.

No. 410. CASS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Raymond Kyle Hayes* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 381. SPENCER *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Solicitor General Griswold* for the United States.